United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 05-40513
Summary Calendar

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSE LUIS MATUTE, also known as Ruben Dario Reyes-Zapata,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:04-CR-1012-ALL
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:*

      Jose Luis Matute appeals his guilty-plea conviction

and sentence for being found present in the United States

following deportation without having obtained the consent of the

Attorney General or the Secretary of the Department of Homeland

Security.  Matute argues, pursuant to Apprendi v. New Jersey,

530 U.S. 466 (2000), that the "felony" and "aggravated felony"

provisions of 8 U.S.C. § 1326(b)(1) and (2) are elements of the

offense, not sentence enhancements, making those provisions

---

      * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

unconstitutional.  He concedes that this argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), but raises it for possible review by the Supreme Court.

"Apprendi did not overrule Almendarez-Torres."  United States v. Rivera, 265 F.3d 310, 312 (5th Cir. 2001); see Apprendi, 530 U.S. at 489-90.  We must follow the precedent set in Almendarez-Torres unless the Supreme Court itself determines to overrule it.  See Rivera, 265 F.3d at 312.

AFFIRMED.